Same case below, 321 Fed. Appx. 529.

**No. 09-8575. Charles Edward Scott, Petitioner v. Alabama.**

559 U.S. 1012, 130 S. Ct. 1893, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2749.

March 22, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 57 So. 3d 206.

**No. 09-8576. Lamarr Rowell, Petitioner v. Nevada.**

559 U.S. 1012, 130 S. Ct. 1893, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2725.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 281 P.3d 1215.

**No. 09-8578. Cekoven Johnson, Petitioner v. Robert A. Horel, Warden.**

559 U.S. 1012, 130 S. Ct. 1893, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2589.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 851.

**No. 09-8580. Ben H. Kincaid, Petitioner v. Texas (three judgments).**

559 U.S. 1012, 130 S. Ct. 1893, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2611.

March 22, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-8582. Joe E. Teague, Jr., Petitioner v. North Carolina Department of Transportation.**

559 U.S. 1012, 130 S. Ct. 1894, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2724,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 342 Fed. Appx. 868.

**No. 09-8584. Armando Molina, Petitioner v. California.**

559 U.S. 1013, 130 S. Ct. 1894, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2698.

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-8586. Richard Ernest Anaya, Petitioner v. California.**

559 U.S. 1013, 130 S. Ct. 1894, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2706.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-8588. Jerome Wallace, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1013, 130 S. Ct. 1894, 176 L. Ed. 2d 375, 2010 U.S. LEXIS 2671.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.